[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

RECEIVED

MAR 14 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Eric S WHEAIDON
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

1:18-cv-01867
Judge Manish S. Shah
Magistrate Judge Young B. Kim
PC 4

vs.

Case No:_____
(To be supplied by the Clerk of this Court)

X Tom Dart
X _____
X _____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

☒ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

☐ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

☐ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.  **Plaintiff(s):**

   A. Name: _Eric S WHEALDON_

   B. List all aliases: _____

   C. Prisoner identification number: _Y25434_

   D. Place of present confinement: _Robinson Correctional Center_

   E. Address: _13423 East 1150th Ave Robinson IL 62454_

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: _Tom Dart_
      Title: _Sheriff of Cook County_
      Place of Employment: _Cook county Illinois_

   B. Defendant: _____
      Title: _Nurse_
      Place of Employment: _Cook County Jail_

   C. Defendant: _____
      Title: _Doctor at cook county Jail_
      Place of Employment: _Cook county Jail_

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: __None__

    B. Approximate date of filing lawsuit: __N/A__

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: __N/A__

    D. List all defendants: __N/A__

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __None__

    F. Name of judge to whom case was assigned: __None__

    G. Basic claim made: __N/A__

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __None__

    I. Approximate date of disposition: __N/A__

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.     **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In July of 2017 at Cook Co Jail I was made to take Abilify for my Depression and PTSD. I told the Doctor at the time that I did not want to take it. I was told I had to. After a month or so after taking Abilify I developed tremors. I complained and sometime in October of 2017 I was finally taken off of it. As of this day March 6th 2018 I still suffer from tremors and everyone here calls me Shakey. I put the blame for this on Tom Dart, Cook County Corrections, and the doctors who made me take this drug which caused my tremors.

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would Like to be Compensated For my Current Condition As it makes me Look bad And Lessens my Ability to Hollishinge and write Better. Punitive Relief

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 6Th day of March, 20 18

_____
(Signature of plaintiff or plaintiffs)

Eric S Wheaton
(Print name)

Y25434
(I.D. Number)

Robinson Correctional Center
13423 East 1150th Ave
Robinson, Il 62454
(Address)

Eric Wheldon
Y25434
Robinson Correctional Center
13423 East 1150th Ave
Robinson, IL 62454

RECEIVED
2018 MAR 14 AM 9:23

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS DEPT
OF CORRECTIONS

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004291134
$ 00.68⁰
MAR 09 2018
MAILED FROM ZIP CODE 62454

Northern District

United States Clerk
219 S. Dearborn St. 20th Floor
Chgo, IL 60604

LEGAL MAIL

1:18-cv-01867
Judge Manish S. Shah
Magistrate Judge Young B. Kim
PC 4

LEGAL MAIL

03/14/2018-47