

# PRISONER CASE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

## Prisoner Civil Cover Sheet

**FILED**
MAR 14 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** ERIC S WHEALDON

**Defendant(s):** TOM DART

**County of Residence:** Crawford

**County of Residence:**

**Plaintiff's Address:**

Eric Whealdon
#Y-25434
Robinson-RCC
13423 East 1150th Avenue
Robinson, IL 62454

**Defendant's Attorney:**

1:18-cv-01867
Judge Manish S. Shah
Magistrate Judge Young B. Kim
PC 4

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

**Plaintiff:**

**Defendant:**

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes [ ] No

**Signature:** *[signature]*

**Date:** 3/14/2018