# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

**FILED**

MAR 14 2018 KB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff(s)
Eric S. Whealdon
vs.

Defendant(s)
※

Case Number:

1:18-cv-01867
Judge Manish S. Shah
Magistrate Judge Young B. Kim
PC 4

## MOTION FOR RECRUITMENT OF COUNSEL

**NOTE: Failure to complete all items in this form may result in the denial of this motion.**

1. I, __Eric S Whealdon__, am the (check appropriate box) ☒ plaintiff ☐ defendant in this case, I am unable to afford the services of an attorney, and I ask the Court to recruit counsel to represent me in this case. I understand that the Court will attempt to recruit counsel to represent me only if certain criteria are met.

2. I have tried to find an attorney to take my case by doing the following: **(Describe in detail everything you have done to try to get an attorney to take your case so the judge can determine whether you have made a reasonable effort to obtain representation and attach copies of any documents which show you have tried to find an attorney – use additional pages if necessary.)**
   I have written the A.C.L.U., the V.A. and countless attorneys.

   In spite of my efforts, I have been unable to find an attorney, because:
   I am a disabled veteran. I am indigent, incarcerated and my case is complex.

3. Check the appropriate box:
   ☒ I am not now, and previously have not been, represented by an attorney recruited or appointed by the Court in this or any other civil or criminal case before this Court.
   ☐ I am now, or previously have been, represented by an attorney recruited or appointed by the Court in the case(s) described on the next page.

4. Check the appropriate box:
   - [x] I have attached to this motion an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.
   - [ ] I previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is a true and correct representation of my current financial status.
   - [ ] I previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, but my financial status has changed. I have attached an Amended Application to Proceed *In Forma Pauperis* showing my current financial status.

5. The highest level of education I have completed is (check appropriate box):
   - [ ] Grade school only
   - [ ] Some high school
   - [x] High school graduate
   - [ ] Some college
   - [ ] College graduate
   - [ ] Post-graduate

6. I believe that I am not able to represent myself, because
   - [ ] English is not my primary language (**check only if applicable**); and/or
   - [ ] I cannot speak, write, and/or read English very well because (**check only if applicable and explain**):
   - [x] Other (**please explain**): I have mental disabilty that has an effect on my cognitive affectiveness. "I'm on disabilty".

7. Finally, I state that I am taking the following medications (list all medications or attach a list on a separate sheet): Prozac, Abilify, Remeron, Zoloft, BuPropion, Cumadon, Diga Something metformin, And many others

8. As indicated in paragraph three on the first page of this motion, an attorney has represented me in the following cases before this Court (attach additional pages, if necessary):

   | Assigned Judge: N/A | Case Number: |
   | Case Title: N/A | |
   | Attorney Name: N/A | |
   | If this case is still pending, please check box [ ] | |

   | Assigned Judge: N/A | Case Number: |
   | Case Title: N/A | |
   | Attorney Name: N/A | |
   | If this case is still pending, please check box [ ] | |

I declare under penalty of perjury that the foregoing is true and correct.

x _____  13423 E. 150th Ave.
Movant's Signature            Street Address

3-6-18                        Robinson, IL. 62454
Date                          City, State, Zip

— LAW OFFICES —
# KENNETH N. FLAXMAN P.C.

February 22, 2018

Eric Scott Whealdon
Y25434
P.O. Box 500
Vandalia, IL 62471

*Re: Your Recent Letter*

Dear Mr. Whealdon:

Thanks for your letter with more information about your situation. Unfortunately, my firm is too busy to represent you. This is not because your claims lack merit, but rather because we are completely overloaded with other work.

Please be advised that your claims may become barred by the passage of time as a result of the applicable statute of limitations.

If you decide to ask a court to recruit a lawyer for you, you may submit this letter to the demonstrate that you have tried to get a lawyer yourself.

Good luck to you.

Sincerely,

Joel Flaxman

**Kenneth N. Flaxman**   (312) 253-7189   knf@kenlaw.com     **Joel A. Flaxman**   (312) 253-7207   jaf@kenlaw.com

200 South Michigan Ave, Suite 201, Chicago, Illinois 60604 • T:(312) 427-3200 • F:(312) 427-3930 • www.kenlaw.com