IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

ERIC WHEALDON (#Y-25434)        )
                                )
        Plaintiff,               )
                                )    Case No. 18 C 1867
    v.                          )
                                )    Judge Manish S. Shah
TOM DART, et al.,               )
                                )
        Defendants.             )

## ORDER

Plaintiff is directed to either file an application to proceed *in forma pauperis* on the enclosed form or pay the full $400 filing fee. Failure to comply with this order by April 20, 2018, will result in summary dismissal of this case. The Clerk of Court is directed to send Plaintiff a blank application to proceed *in forma pauperis* and a copy of this order. Plaintiff is instructed to file all future papers concerning this action with the Clerk of the United States District Court for the Northern District of Illinois in care of the Prisoner Correspondent.

## STATEMENT

Plaintiff Eric Whealdon, an inmate at Robinson Correctional Center, brings this action *pro se* under 42 U.S.C. § 1983 concerning medical deliberate indifference at the Cook County Jail.

Plaintiff did not pay the statutory filing fee or file an application for leave to proceed *in forma pauperis* when he submitted his complaint. The Prison Litigation Reform Act requires all prisoners to pay the full filing fee, even those whose cases are summarily dismissed. In all prisoner civil lawsuits, the Court must assess an initial partial filing fee. *See* 28 U.S.C. § 1915(b)(1). The Court will direct correctional officials to deduct the initial partial filing fee directly from Plaintiff's trust fund account. Thereafter, correctional authorities having custody of Plaintiff will be authorized and ordered to make monthly payments to the Court of 20% of the preceding month's income credited to the trust fund account until such time as the full filing fee is paid.

To enable the Court to make the necessary assessment of the initial partial filing fee, Plaintiff must submit an application to proceed *in forma pauperis* along with "a certified copy of the trust fund account statement (or institutional equivalent)

for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2). If Plaintiff wants to proceed with this case by making installment payments instead of paying the full filing fee in advance, he must file an application to proceed *in forma pauperis* on the form required by the Court, together with a certified copy or copies of his trust fund statements reflecting all activity in his account for the six months immediately preceding the filing of this lawsuit. If Plaintiff was incarcerated at more than one institution during the six months immediately preceding the filing of this lawsuit, he must obtain account statements from each institution. Alternatively, Plaintiff may pay the full statutory filing fee of $400.

The Clerk of Court is directed to send Plaintiff a blank application to proceed *in forma pauperis*.

ENTER:

Date: March 22, 2018

_____
Manish S. Shah
U.S. District Judge