# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC WHEALDON (#Y-25434), ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TOM DART, et al., ) <br> ) <br> Defendants. ) | Case No. 18 C 1867 <br><br> Judge Manish S. Shah |

## ORDER

By order dated March 22, 2018 [4], the Court ordered Plaintiff to submit a properly completed and certified application to proceed in forma pauperis by April 20, 2018. The Court explained to Plaintiff that if he wants to pursue this case, he must pay the full $400 statutory filing fee or submit a completed IFP application that is (1) certified and (2) attaches copies of his trust fund account statements covering the entire six-month look-back period, including statements from every institution at which he was incarcerated during the six-month period. In response, Plaintiff sent a motion to proceed in forma pauperis that is certified, and with a trust fund statement attached, but the trust fund statement includes information only from Robinson Correctional Center, and includes the time period from March 8, 2018, to March 30, 2018. This is not acceptable because it does not provide the Court with enough financial information to determine whether Plaintiff is entitled to proceed in forma pauperis. The PLRA requires Plaintiff to submit "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2). The Court will give Plaintiff one more chance to prepay the fee or establish that he is eligible to pay in installments. Plaintiff is warned that he will not be given any additional chances. By June 11, 2018, Plaintiff must prepay the $400 filing fee or submit the following documents: (1) a completed IFP application that attaches (2) a certification from an appropriate prison official and (3) copies of his trust fund account statements from September 14, 2017, through March 14, 2018. The Clerk is directed to send a copy of this order to Plaintiff, along with an IFP application form and an additional copy of the March 22, 2018 order [4]. If Plaintiff does not comply, this case will be summarily dismissed.

ENTER:

Date: May 16, 2018

_____
Manish S. Shah, U.S. District Judge