In The United States District
Court for The Northern District of Illinois

FILED

Eric Whealdon (Y25434)

v.

Tom Dart, et. al

JUN 12 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No. 18-C-1867

Judge Manish S. Shah

     I am Eric Whealdon plaintiff in Case# 18-C-1867. I have only been at Robinson Correctional Center since March 2018 prior to Robinson Correctional Center I was housed in the defendants custody at the Cook county jail.

     I have made "due-diligence" in my attempts to get the cook county jail to send me a trust fund ledger but they have ignored my multiple requests for them to provide this ledger and without their cooperation I have no means with-which to get this information.

     I swear under penalty of perjury that during the months I spent at the cook county jail I did not recieve any money. Furthermore I assert I have no means with which to compel the employees at the cook county jail to send me a ledger beyond the many letters I've mailed to them requesting this information.

Notary / Date     5/29/18

Plaintiff / Date

Eric Whealdon    5-28-18

OFFICIAL SEAL
JESSICA HELDEBRANDT
Notary Public - State of Illinois
My Commission Expires 12/13/2020

# AFFIDAVIT OF AFFIRMATION UNDER PENALTY OF PERJURY

I, Eric Whealdon Y25434 , affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS 5/1-109 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing documents are known to me and are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 24th day of May , 20 18.

X _____

**Affiant**

## ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Request

Offender Name: _Eric Wheelden_ ID #: _Y25434_ Living Unit: _6 A 8-8_

Job Assignment: _____ Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: _Trust Fund_ _____

I request ☐ interview ☐ cell assignment ☐ visit ☑ Trust Fund ☐ purchase ☐ other (specify) _Please may i_
for the purpose of (explain): _Have a Copy of my Fiscal Transactions From Sept_
_14th 2012 until now. Thank You_ _____

_____ _____
Offender's Signature          Date _5-22-18_

### DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary) : _____    Remarks by supervisor (if necessary) : _____

_5·23·18_ _____    _We can only see transactions_
_____    _at ROB CC_

_____    _____
Print Staff Name              Print Supervisor Name

_____    _____
Staff Signature      Date       Supervisor Signature      Date

Distribution: Affected Unit          *Printed on Recycled Paper*          DOC 0286 (Rev. 4/2010)

**Offender Vi**

**Offender Name:** _____

**Facility Name:**   <u>Robinson Correctional Center</u> _____

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | **Visitor's** | |
| **Name** | **Sex** | **Age** | **Race** | **Relationship** | | T |
| | | | | | ( | |
| | | | | | ( | |
| | | | | | ( | |
| | | | | | ( | |
| | | | | | ( | |
| | | | | | ( | |
| | | | | | ( | |
| | | | | | ( | |
| | | | | | ( | |
| | | | | | ( | |
| | | | | | ( | |
| | | | | | ( | |
| | | | | | ( | |
| | | | | | ( | |
| | | | | | ( | |
| | | | | | ( | |
| | | | | | ( | |
| | | | | | ( | |
| | | | | | ( | |
| | | | | | ( | |

I acknowledge that I was advised of my visiting privileges in accordance with Department Rule 525. I understand th subject to approval. I understand that I am responsible for notifying my visitors when they are not approved and tha may only make changes once per month except in emergency situations. A new visiting list is required to be compl not be permitted any visitors except in emergency situations. I further understand the Department may subsequent

_____          _____
Offender's Signature                          Request Date

☐ (Check only if applicable and sign below) The offender was provided the opportunity to complete and sign this form, ar

_____
Print Name of Staff

Distribution: Master File; Facility; Offender                        *Printed*

# Robinson Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 11/30/2017 thru End;   Inmate: Y25434;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance
Errors Only ? : No

**Inmate: Y25434 Whealdon, Eric**　　　　　　　　　**Housing Unit: ROB-06-A -08**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--|--------|---------|
| | | | | | | **Beginning Balance:** | | **0.00** |
| 03/08/18 | Mail Room | 04 Intake and Transfers In | 0672114 | 68896 | Vandalia C.C. | | 16.55 | 16.55 |
| 03/12/18 | Payroll | 20 Payroll Adjustment | 0711105 | | P/R month of 2 2018 | | 2.72 | 19.27 |
| 03/16/18 | Disbursements | 84 Library | 0753105 | Chk #87437 | 1808487, DOC: 523 Fu, 03/12/2018 | Inv. Date: | -.10 | 19.17 |
| 03/22/18 | Point of Sale | 60 Commissary | 0817123 | 780100 | Commissary | | -.54 | 18.63 |
| 03/22/18 | Mail Room | 04 Intake and Transfers In | 0812114 | 69152 | Vandalia C.C. | | 6.80 | 25.43 |
| 03/30/18 | Disbursements | 81 Legal Postage | 0893105 | Chk #87596 | 1808495, Pitney Bowe, 03/12/2018 | Inv. Date: | -.68 | 24.75 |
| 04/11/18 | Point of Sale | 60 Commissary | 1017106 | 782226 | Commissary | | -3.75 | 21.00 |
| 04/11/18 | Payroll | 20 Payroll Adjustment | 1011105 | | P/R month of 3 2018 | | 10.00 | 31.00 |
| 04/20/18 | Disbursements | 84 Library | 1103105 | Chk #87812 | 1809419, DOC: 523 Fu, 04/05/2018 | Inv. Date: | -.60 | 30.40 |
| 05/10/18 | Point of Sale | 60 Commissary | 130794 | 785710 | Commissary | | -12.92 | 17.48 |
| 05/11/18 | Payroll | 20 Payroll Adjustment | 131195 | | P/R month of 4 2018 | | 12.33 | 29.81 |

| | | |
|--|--|--|
| **Total Inmate Funds:** | | 29.81 |
| **Less Funds Held For Orders:** | | .00 |
| **Less Funds Restricted:** | | .42 |
| **Funds Available:** | | 29.39 |
| **Total Furloughs:** | | .00 |
| **Total Voluntary Restitutions:** | | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|--------------|----------------|------|-------------|--------|--------|
| 04/09/2018 | 1809479 | Disb | Legal Postage | 4501 Pitney Bowes Reserve Account | $0.42 |
| | | | | **Total Restrictions:** | **$0.42** |

. Wheaton

#34

13 E. 1150th ave

Robin, Il 62454




UNITED STATES POSTAGE
PITNEY BOWES
02 1M            $ 00.21°
0004291134      JUN 08 2018
MAILED FROM ZIP CODE 62454

FOREVER
USA

20 8 JUN 12 AM 8:24

United States District Court

Northern Dist. OF Ill

219 S Dearborn St

Chgo, Il 60604

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS DEPARTMENT
OF CORRECTIONS


06/12/2018-47

Legal Mail